## SETLER v. STATE.
No. 21601.

Court of Criminal Appeals of Texas.
May 7, 1941.

L. R. Blake, of Houston, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.
Conviction is for aggravated assault and battery, punishment assessed being one year in the county jail.

The state's pleadings seem to be in proper form. No statement of facts nor bills of exception are found in the record. No question is presented for review.

The judgment is affirmed.

## LOFTICE v. STATE.
No. 21586.

Court of Criminal Appeals of Texas.
April 23, 1941.

Rehearing Denied May 21, 1941.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.
Conviction is for felony theft; punishment assessed at three years in the penitentiary.

The indictment properly charges the offense. The record contains no statement of facts and no bills of exception. Hence nothing is presented for review.

The judgment is affirmed.